# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

PONTCHARTRAIN NATURAL GAS
SYSTEM, K/D/S PROMIX,
L.L.C., AND ACADIAN GAS
PIPELINE SYSTEM

NO.   2019 CW 1409

VERSUS

**MAR 0 4 2020**

TEXAS BRINE COMPANY, LLC

---

In Re:   Occidental Chemical Corporation, OXY USA, Inc., and
Occidental Petroleum Corporation, applying for
supervisory writs, 23rd Judicial District Court,
Parish of Assumption, No. 34265.

---

**BEFORE:   GUIDRY, LANIER, AND BURRIS,[1] JJ.**

   **WRIT DENIED AS MOOT.**   We note that after the underlying
writ application seeking review of the September 24, 2019 "Case
Management Order" was filed, the trial court issued an "Amended
and Restated Case Management Order" on January 8, 2020.
Relators have sought supervisory review of the January 8, 2020
Order in **2020 CW 0143.**   Accordingly, the instant writ
application is moot.

                              JMG
                              WIL
                              WJB

OURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment
of the Louisiana Supreme Court.